## IN THE UNITED STATES BANKRUPTCY COURT
### Middle District of Alabama

| | |
|---|---|
| **In the Matter of:** | } |
| | }     Case No. |
| Venita Shantury Harris | } |
| | }     Chapter 13 |
| | } |
| **Debtor(s)** | } |

### Motion to Extend the Stay
### and Request for Emergency Hearing

Comes now the above debtor(s) and hereby moves this Honorable Court to extend the automatic stay in the above case and as grounds for such state as follows:

1. The debtor filed the above case on June 13, 2017 , . Prior to this case the debtor has a previous Chapter 13 case filed in the Middle District of Alabama on , Case No 15-32942. . Said case was pending within the preceding one year period but was dismissed on January 10, 2017

2. Pursuant to §362(c)(3), the stay will terminate with respect to property of the estate within 30 days from the date of filing if the debtor had a pending bankruptcy case which was dismissed within the prior year of the later filing.

3. The debtor requests the stay be extended on all property of the bankruptcy estate until such time as the case is dismissed or a discharge is granted.

4. The debtor states that the last case was dismissed because Debtor was out of work part of last year and by the time she found her present employment she was to far behind to catch up her payments and present a feasible plan.

5. The debtor states that there has been a significant change in circumstances such that the debtor would be able to complete a confirmed Chapter 13 plan. The change in circumstances are that that she has found employment at Drury Inn and with the surrender of one of her vehicles she can present a plan to the Court. Furthermore, the debtor(s) has not had more than one case within the year prior to filing this case

Wherefore, premises considered, the above debtor requests the automatic stay under §362(a) be extended as to all property of the estate until such time as the case is dismissed or a discharge is granted. THE DEBTOR REQUESTS AN EMERGENCY HEARING ON THIS MATTER.

Respectfully submitted,

/s/ Richard D. Shinbaum ASB-8638-B54R
*Attorney for Debtor*:
Richard D. Shinbaum ASB-8638-B54R
Shinbaum Law Firm
566 South Perry Street
P O Box 201
Montgomery, AL 36101
334-269-4440- Selma 334-872-4545

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day June 13, 2017.

Chapter 13 Trustee, Curtis C. Reding
Bankruptcy Administrator, Teresa Jacobs
Upon all creditors