UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  
Venita Shantury Harris

Case No. 17-31674-DHW  
Chapter 13

Debtor(s)

## ORDER SETTING EVIDENTIARY HEARING

The motion filed by the debtor on June 13, 2017 and designated MOTION TO EXTEND THE AUTOMATIC STAY, is set for evidentiary hearing at the United States Bankruptcy Court, Courtroom #4C, United States Courthouse Annex, One Church Street, Montgomery, Alabama, **on July 10, 2017 at 2:00 p.m.**

The moving party or counsel shall (1) give **timely** notice by mail to **ALL CREDITORS, all parties in interest and to their attorneys of record in the debtor's next most previous bankruptcy case** as provided by Fed. R. Bankr. Proc. 2002 or other appropriate Rule, by serving a copy of this order and the motion on each; and (2) file in court prior to the hearing date a certificate of service showing the names and addresses of the parties served. Failure to give such notice and file the certificate as required may result in dismissal of the motion.

Done this 14th day of June, 2017

/s/ Dwight A. Williams, Jr.

Dwight H. Williams, Jr.  
United States Bankruptcy Judge

c   Richard D. Shinbaum, Attorney for Debtor  
    Debtor  
    Trustee